# UNITED STATES DISTRICT COURT
### Eastern District of Washington

THOMAS R. PAUL,

                Plaintiff,

                                              JUDGMENT IN A CIVIL CASE

                v.

CITY OF SUNNYSIDE, et al.,

                                              CASE NUMBER: CV-08-5039-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants on all claims pursuant to the Order Granting Defendants' Motion for Summary Judgment entered on October 16, 2009, Ct Rec 54.

October 16, 2009                                                       JAMES R. LARSEN
*Date*                                                                   *Clerk*

                                                                            s/ Cora Vargas
                                                                            *(By) Deputy Clerk*
                                                                            Cora Vargas